**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

AMANDA HERMAN d/b/a CREATING WELLNESS CHIROPRACTIC CENTER, CYNTHIA GIBSON d/b/a TELEPHONE JACKS, LISA FEELEY d/b/a ALL BAY LOCKSMITH and JEFFREY P. ORDWAY d/b/a EARTHWERKS UNLIMITED, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

YELLOWPAGES.COM, LLC,

Defendant.

Case No. 10-CV-0195-JAH(AJB)

**ORDER GRANTING JOINT MOTION FOR CONSOLIDATION OF RELATED CASES**

YELLOW PAGES. COM, LLC,

Counter-Claimant

v.

AMANDA HERMAN d/b/a CREATING WELLNESS CHIROPRACTIC CENTER, CYNTHIA GIBSON d/b/a TELEPHONE JACKS, LISA FEELEY d/b/a ALL BAY LOCKSMITH and JEFFREY P. ORDWAY d/b/a EARTHWERKS UNLIMITED,

PRIME EQUITY HOLDINGS, INC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

YELLOWPAGES.COM, LLC and AT&T, Inc.

Defendants.

Case No. 10-cv-0798JAH(AJB)

This cause having come before the Court on the parties' Joint Motion for Consolidation of Related Actions, and the Court having reviewed the motion and the file, AND GOOD CAUSE APPEARING therefore, the Court hereby orders as follows:

The Joint Motion for Consolidation of Related Actions hereby is GRANTED. Case No. 3:10-cv-00195-JAH-AJB and Case No. 3:10-cv-00798-JAH-AJB are hereby consolidated for all purposes. Future filings in both cases shall be made under Case No. 3:10-cv-00195-JAH-AJB.

DATED: June 30, 2010

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT COURT JUDGE