# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

July 1, 2010

Attention counsel and pro se litigants:

RE: 10CV0798-JAH(AJB)

You are hereby notified that as of 07/01/10, case 10CV0798-JAH(AJB) was consolidated with the lead case 10CV0195-JAH(AJB). ALL FURTHER DOCKETING WILL BE DONE IN THE LEAD CASE 10CV0195-JAH(AJB). Please include the new case number on all further filings.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:           s/J. Petersen
                    , Deputy Clerk

cc: Clerk
    Appropriate Courtroom Clerk
    Chambers